HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOAQUIN OTIS SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No's.  1:12-cr-00322 AWI-BAM |
| --- | --- |
| Plaintiff, | )              1:12-cr-00353 AWI-BAM |
| | ) |
| v. | ) STIPULATION TO RESET |
| | ) BRIEFING SCHEDULE; MOTIONS HEARING; |
| JOAQUIN OTIS SANTOS, | ) ORDER |
| | ) |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) Time: 10:00 a.m. |
| | ) Date: September 30, 2013 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense Motion to Revoke Detention Order shall be due by 5:00 p.m. on September 3, 2013. The government's opposition shall be due by 5:00 p.m. on September 27, 2013. The parties request the **motion be heard on September 30, 2013, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

This new motions schedule and hearing date is requested to accommodate some medical time off defense counsel has scheduled. The requested dates is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and continuity of counsel purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

| | | |
|---|---|---|
| | | BENJAMIN WAGNER<br>United States Attorney |
| DATED: August 22, 2013 | By: | /s/ *Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 22, 2013 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Joaquin Otis Santos |

**O R D E R**

Defense shall file its Motion for Revocation of Detention Order by 5:00 p.m. on September 6, 2013. The Government shall file its Opposition by 5:00 p.m. on September 27, 2013. The hearing on the motion shall be on September 30, 2013 at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: August 22, 2013

SENIOR DISTRICT JUDGE
Stipulation to Reset Briefing
Schedule; Order                    -2-